1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE EDWARDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | ) Case No.: 5:19-cv-01552-PLA<br>)<br>) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>)<br>)<br>) |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 13, 2021

*Paul L. Abrams*
_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1 Respectfully submitted,

2 LAW OFFICES OF LAWRENCE D. ROHLFING

3 /s/ *Lawrence D. Rohlfing*
  _____
4 Lawrence D. Rohlfing
  Attorney for plaintiff Natalie Edwards

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26